

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00040-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On January 20, 2022, relator filed a petition for writ of mandamus. The respondent and real parties in interest filed responses. We conditionally grant the petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, no later than fifteen days from the date of this order, vacate those portions of her February 4, 2022 "Permanency Hearing Order After Final Order" ordering the Texas Department of Family and Protective Services to (1) "submit a written offer for a child specific contract in the amount of $2,000 per day to Pathways, Bair Foundation Trulight, Cowie Family (Hearts to Home) in Florida, Mosaic, and up to 3 child placing agencies recommended and submitted to the Department by Mrs. Alana Pearsall, the child's attorney and guardian ad litem for the placement of [N.P.] consistent with Judge Garcia's February 10, 2020 order"; (2) "submit the referenced written offer for a child specific contract to the agencies no later than 9:00 a.m. on Tuesday, January 18, 2022"; and (3) "include within the written offer for a child specific contract an additional $500.00 per day subsidy for the first 9 months of placement for an [sic] licensed professional counselor, or someone with a greater level of degree, to provide therapy/counseling services to [N.P.]" *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Mary Lou Alvarez fails to comply with this order.

This court's February 15, 2022 stay of the entirety of the February 4, 2022 "Permanency Hearing Order After Final Order" is LIFTED.

It is so **ORDERED** on June 1, 2022.

_____
Lori I. Valenzuela, Justice

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.

_Michael A. Cruz_, Clerk of Court